**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| **RICK GREER**, | ) Case No. |
| | ) |
| Plaintiff, | ) **COMPLAINT AND JURY DEMAND** |
| | ) |
| vs. | ) |
| | ) |
| **PHILLIPS & COHEN ASSOCIATES, LTD.,** | ) |
| | ) |
| Defendant. | ) |

**NATURE OF ACTION**

1.      This is an action brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

**JURISDICTION AND VENUE**

2.      This Court has jurisdiction pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3.      Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), as the acts and transactions giving rise to Plaintiff's action occurred in this district, Plaintiff resides in this district, and Defendant transacts business in this district.

COMPLAINT-1

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

**PARTIES**

4.     Plaintiff Rick Greer ("Plaintiff") is a natural person who at all relevant times resided in the State of Washington, County of Clark, and City of Vancouver.

5.     Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6.     Defendant Phillips & Cohen Associates, Ltd. ("Defendant") is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. § 1692a(5).

7.     Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

**FACTUAL ALLEGATIONS**

8.     Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due, a creditor other than Defendant.

9.     Plaintiff's obligation, or alleged obligation, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes—namely, a U.S. Bank Visa credit card with account number ending in 2131 (the "Debt").

10.     Although the credit card was taken out in the name of a business that Plaintiff set up, Skys The Limit, LLC, Plaintiff never got the business up and running, and Plaintiff used the card only for personal purchases.

11.     Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due, another.

COMPLAINT-2

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

12.     In connection with the collection of the Debt, Defendant placed a call to Plaintiff's cellular telephone on January 7, 2013 at 10:07 A.M., and at such time, left the following voicemail message:

> Rick, its Paul Nelson with Phillips & Cohen Associates. It's the 7th of January, Monday.  My phone number is 866-282-5479.  My direct extension 2323.  Rick, when you call in, provide reference number 19028812.

13.     In connection with the collection of the Debt, Defendant placed a call to Plaintiff's cellular telephone on January 8, 2013 at 6:11 P.M., and at such time, left the following message:

> Hi, this message is for Rick Greer.  Rick Greer, my name is Vincent Foster.  It is important that I do speak with you.  Reach me at 866-504-9784.  My extension is 1127 and when calling, provide reference number 019028733.  This is not a sales call; again it is important that I do speak with you.  Ask for myself, Vincent Foster.

14.     Defendant's January 7, 2013 and January 8, 2013 voicemail messages failed to notify Plaintiff that the communication was from a debt collector.

15.     Further, Defendant failed to disclose its true corporate and/or business name in its January 8, 2013 voicemail message.

16.     By failing to disclose that the communication was from a debt collector, in its January 7, 2013 and January 8, 2013 voicemail messages, and further, by failing to disclose its true corporate and/or business name in its January 8, 2013 voicemail message, Defendant failed to meaningfully disclose its identity to Plaintiff.

## COUNT I
## VIOLATION OF 15 U.S.C. § 1692d(6)

17.     Plaintiff repeats and re-alleges each and every factual allegation above.

COMPLAINT-3

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

18.     Defendant violated 15 U.S.C. § 1692d(6) by placing telephone calls without meaningfully disclosing the caller's identity.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a)  Adjudging that Defendant violated 15 U.S.C. § 1692d(6);

b)  Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

c)  Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

d)  Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

e)  Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

f)  Awarding such other and further relief as the Court may deem just and proper.

**COUNT II**
**VIOLATION OF 15 U.S.C. § 1692e(11)**

19.     Plaintiff repeats and re-alleges each and every factual allegation above.

20.     Defendant violated 15 U.S.C. § 1692e(11) by failing to notify Plaintiff during each collection contact that the communication was from a debt collector.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a)  Adjudging that Defendant violated 15 U.S.C. § 1692e(11);

b)  Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000.00;

c)  Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

COMPLAINT-4

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

d)  Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action pursuant to 15 U.S.C. § 1692k(a)(3);

e)  Awarding Plaintiff pre-judgment and post-judgment interest as permissible by law; and

f)  Awarding such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY

21.  Plaintiff is entitled to and hereby demands a trial by jury.

Dated: December 31, 2013            Respectfully submitted,


                                    s/Jon N. Robbins
                                    Jon N. Robbins WSBA#28991
                                    WEISBERG & MEYERS, LLC
                                    Attorney for Plaintiff

COMPLAINT-5

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com