# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **RICK GREER,,**<br><br>                Plaintiff,<br><br>      v.<br><br>**PHILLIPS & COHEN ASSOCIATES,LTD.,**<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 3:13-cv-06095-RBL |

Pursuant to FRCP 68(a) the Clerk enters final judgment in favor of plaintiff Rick Greer and against defendant Phillips & Cohen Associates, LTD., in the amount of $1,500 plus all interest, costs, and attorney's fees as determined by the Court.

    Dated: April 11, 2014

                                              William M. McCool
                                              Clerk

                                              Deputy Clerk