Hon. Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| **RICK GREER**, | ) | Case No. 3:13-cv-06095-RBL |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SATISFACTION OF JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **PHILLIPS & COHEN ASSOCIATES, LTD.**, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Rick Greer submits this satisfaction of judgment. On April 11, 2014, the Clerk entered a final judgment. The parties have since resolved all issues between them including any claim for fees and costs, and the judgment is deemed satisfied.

Dated: October 9, 2014            Respectfully submitted,

s/Jon N. Robbins
Jon N. Robbins WSBA#28991
Thompson Consumer Law Group, PLLC
Attorney for Plaintiff

NOTICE OF SATISFACTION OF JUDGMENT-1
Case No3:13-cv-06095-RBL

THOMPSON CONSUMER LAW GROUP, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@consumerlawinfo.com

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2014, I electronically filed the foregoing document with the clerk of the U.S. District Court for the Western District of Washington, using the electronic case filing system of the court.

By: s/ Christopher Bruner<br>Christopher Bruner

NOTICE OF SATISFACTION OF JUDGMENT-2
Case No3:13-cv-06095-RBL

THOMPSON CONSUMER LAW GROUP, PLLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@consumerlawinfo.com